# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 23-50745  
**Case Name:** PT Services, Inc.  
**For Period Ending:** 03/31/2024

**Trustee Name:** (530470) Daniel C. Bruton  
**Date Filed (f) or Converted (c):** 11/08/2023 (f)  
**§ 341(a) Meeting Date:** 12/15/2023  
**Claims Bar Date:** 04/13/2024

| 1 | | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1 | Checking Account at Uwharrie Bank (Includes $300 which belongs to Southern Grace Distilleries, Inc.), xxxxxx6114 | 5,780.72 | 5,780.72 | | 8,722.72 | FA | 0.00 | 0.00 |
| 2 | Checking Account at Uwharrie Bank, xxxxxx6062 | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 3 | Debtors Cause of action in Cabarrus County, Case No.: 22 CVS 3143 Mt. Pleasant Properties, LLC vs. Souther Grace Distilleries, Inc. The Estate of Susan Leanne Powell, individually and derivatively on behalf of Southern Grace Distilleries, Inc. vs. Southern Grace Distilleries, Inc., Allen Dobson and Alan Thacker. Amount Requested: $207,290.16 | Unknown | Unknown | | 0.00 | FA | 0.00 | 0.00 |
| 4 | Settlement Proceeds (u)  Motion to Settle DE 40 and Order Approving Settlement DE 49 | 0.00 | 0.00 | | 45,000.00 | 0.00 | 0.00 | 0.00 |
| 4 | **Assets Totals (Excluding unknown values)** | **$5,780.72** | **$5,780.72** | | **$53,722.72** | **$0.00** | **$0.00** | **$0.00** |

**Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:**

Second Interim Report 4/1/2024: Trustee is awaiting claim deadline to pass

**Initial Projected Date Of Final Report (TFR):** 01/01/2025  
**Current Projected Date Of Final Report (TFR):** 01/01/2025

04/09/2024  
Date

/s/Daniel C. Bruton  
Daniel C. Bruton

Copy Served On: John Paul Hughes Cournoyer  
Bankruptcy Administrator

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 23-50745 | Trustee Name: | Daniel C. Bruton (530470) |
|---|---|---|---|
| Case Name: | PT Services, Inc. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***7131 | Account #: | ******3065 Checking |
| For Period Ending: | 03/31/2024 | Blanket Bond (per case limit): | $2,500,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/05/24 | {1} | Uwharrie Bank | Funds from Debtor's bank account | 1129-000 | 5,222.72 | | 5,222.72 |
| 01/05/24 | {1} | Ivey McClellan Siegmund Brumbaugh & McDonough LLP | Funds from Debtor's Attorney trust account | 1129-000 | 3,500.00 | | 8,722.72 |
| 01/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 12.08 | 8,710.64 |
| 02/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 13.45 | 8,697.19 |
| 03/07/24 | {4} | Brooks Pierce Law Firm | Settlement Proceeds per Order DE 49 | 1249-000 | 45,000.00 | | 53,697.19 |
| 03/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 66.18 | 53,631.01 |

| Account | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 3 | Deposits | 53,722.72 | 0 | Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 3 | Adjustments Out | 91.71 |
| | Subtotal | 53,722.72 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | 91.71 |
| 0 | Transfers In | 0.00 | | | |
| | Total | 53,722.72 | | | |

Page Subtotals:   $53,722.72   $91.71

{ } Asset Reference(s)   ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-2

| | | | |
|---|---|---|---|
| **Case No.:** | 23-50745 | **Trustee Name:** | Daniel C. Bruton (530470) |
| **Case Name:** | PT Services, Inc. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***7131 | **Account #:** | ******3065 Checking |
| **For Period Ending:** | 03/31/2024 | **Blanket Bond (per case limit):** | $2,500,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $53,722.72 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $53,722.72 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******3065 Checking | $53,722.72 | $91.71 | $53,631.01 |
| | **$53,722.72** | **$91.71** | **$53,631.01** |

| | |
|---|---|
| 04/09/2024 | /s/Daniel C. Bruton |
| Date | Daniel C. Bruton |